ALBANY,
Oct. 1834.

Anon.

This case appears to me to be analogous to the cases upon fire policies, where, if the certificate of certain persons is required, no other can be substituted. 6 *T. R.* 719. 1 *H. Black.* 254. 2 *id.* 574. This view of the subject is sufficient to authorize a judgment in favor of the plaintiff.

It is not improper to remark, that the plea is defective in another particular, though the point is made here as an objection to the replication. The horse, it seems, was appraised at $70, and the defendant claims the payment of the difference in money, before he is liable to deliver the horse. Under what agreement of the plaintiff do the defendants set up this claim? The plaintiff hath said that he will receive a horse worth $53, on certain conditions; but it does not follow that he is to receive an horse of a greater value, and pay the difference. He has entered into no such agreement. The defendants must tender the horse according to agreement; if he is of greater value, they must either tender him at the amount to be paid, or keep him, and pay the money.

The plea is bad, and the plaintiff is entitled to judgment, with leave to defendants to amend, on payment of costs.

---

### ANON.

In making up a record of judgment in the common pleas, in a case where a justice's judgment has been *reversed,* an entry should be made in the record of judgment, specifying on what ground the judgment was reversed: whether for *error of fact,* or *error of law,* and if for the latter cause, then stating the point decided.

ON an application by the *Tioga common pleas* to this court, for advice in reference to the making up of a record of judgment, where a justice's judgment, brought into that court by *certiorari,* had been *revsrsed*: THIS COURT advised that the record be so made up as to contain an entry, stating that the justice's judgment was reversed for *error of fact,* or *error of law,* according to the truth of the case; and if reversed for *error of law,* then stating briefly the point decided.

END OF CASES IN OCTOBER TERM.